■ In the Matter of FRANK B. CEGELSKI, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [968 NYS2d 822]—Order entered accepting resignation and striking name from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and Martoche, JJ. (Filed July 16, 2013.)

■ In the Matter of CHRISTINE HAIGHT FARLEY, for Reinstatement to the Practice of Law in the State of New York. [968 NYS2d 822]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Centra, J.P., Peradotto, Lindley, Whalen and Martoche, JJ. (Filed July 16, 2013.)